_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 06, 2018

The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br><br>BETTY M JOHNSON<br>                     Debtor. | CASE NO.: BK-S-18-50418-BTB<br><br>Chapter 13<br><br>**ORDER GRANTING STIPULATION FOR ADEQUATE PROTECTION PAYMENTS** |

     Creditor, HLS of Nevada LLC *dba* Nevada West Financial of the above-entitled bankruptcy Estate ("the Creditor"), by and through its attorney Christine A. Roberts, Esq. of The Law Offices of Christine A. Roberts PLLC, and Debtor, Betty M. Johnson by and through her counsel Sean Patterson, Esq. having filed a stipulation [Dkt. No. 27] resolving Creditor's Motion for Relief From Stay [Dkt. No. 17] and the court orders the following:

- 1 -

346400-v1

    **IT IS HEREBY ORDERED** that the Stipulation including all of the terms therein is approved;

    **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the hearing on the Motion for Relief From Stay [Dkt. No. 17] currently scheduled for November 13, 2018 at 10:15 a.m. is hereby vacated;

    **IT IS SO ORDERED.**

    Submitted by:

Dated this 5th day of November, 2018

    /s/Christine A. Roberts
CHRISTINE A. ROBERTS, ESQ.
LAW OFFICES OF CHRISTINE A. ROBERTS
3815 S Jones Blvd. Suite 5
Las Vegas, NV 89103
Attorney for HLS of Nevada LLC *dba* Nevada West Financial