The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

**Electronically Filed on March 28, 2019**

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re

BETTY M JOHNSON

Debtor.

CASE NO.: BK-S-18-50418-BTB

Chapter 13

**FIFTEEN DAY NOTICE OF INTENT TO TAKE DEFAULT**

TO: CLERK OF COURTS

TO: BETTY M JOHNSON

TO: SEAN PATTERSON

PLEASE TAKE NOTICE, each and every one of you, that Plaintiff, HLS of Nevada LLC *dba* Nevada West Financial herein intends to take default against Betty M Johnson on April 12, 2019,

///

///

///

- 1 -

346400-v1

for failure to make payments on loan pursuant to the stipulation and order entered into between Debtor and Credior.

Submitted by:

LAW OFFICES OF CHRISTINE A. ROBERTS

By:     /s/Christine A. Roberts
Christine A. Roberts
Attorney for Creditor, HLS of Nevada LLC *dba* Nevada West Financial

## CERTIFICATE OF SERVICE

I, Lynn Ramella do hereby certify that the foregoing FIFTEEN DAYS NOTICE OF INTENT TO TAKE DEFAULT, was served on the 28th day of March, 2019, by electronic mail where noted, and by placing a true and correct copy of same in the United States Mail, postage prepaid, to the following:

BETTY M JOHNSON
P.O. BOX 6621
RENO, NV 89573

SEAN PATTERSON
232 COURT STREET
RENO, NV 89501

346400-v1