```
SEAN P. PATTERSON, Esq.                ELECTRONICALLY FILED
STATE BAR NUMBER 5736                  3-29-19
232 Court Street
Reno, Nevada 89501
(775) 786-1615
```

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

IN RE:  
    BETTY M. JOHNSON

Case No. BK-N-18-50418-BTB  
(Chapter 13)  
**REPLY TO FIFTEEN DAY NOTICE OF DEFAULT**  
Hearing Date: N/A  
Hearing Time: N/A  
Time Required: N/A

    Debtors.  
_____/

The Debtor, by and through her attorney, SEAN P. PATTERSON, Esq. filed the following reply to the pending "Notice of Default" filed as Document Number 31 on the docket. This notice is deficient in a number of ways:

1. It fails to give the amount needed to cure the default.
2. It does not specify what payments have not been made. Miss Johnson is to pay 5 cure payments in the order.
3. It does not specify where and how to make the payments to the creditor.

Counsel requests that this default be withdrawn. In the alternative, that it be amended to include this relevant information.

Respectfully submitted this __29th__ day of **March**, 2019.

/s/ Sean P. Patterson, Esq.  
SEAN P. PATTERSON, Esq.

CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Rule 5(b), I hereby certify that I am an employee of the law firm of **SEAN P. PATTERSON**, 232 Court Street, Reno, Nevada 89501; and that on this date, I mailed a true and correct copy of the foregoing document via the United States mail, postage prepaid to:

Betty Johnson
P.O. Box 6621
Reno, Nv. 89513

This document was sent via electronic mail to:

Christine Roberts, Esq.
christine@crobertslaw.net

William Van Meter
c13ecf@nvbell.net

DATED: March 29, 2019        .

/s/ Sean P. Patterson
SEAN P. PATTERSON, ESQ.