SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                              4-9-21
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

IN RE:                          Case  No.   BK-N-18-50418-BTB
      BETTY M. JOHNSON               (Chapter 13)
                                **EX-PARTE MOTION TO DISMISS**
                                **CHAPTER 13 CASE**
                                Hearing Date: N/A
                                Hearing Time: N/A

                    Debtors
_____/

     COMES NOW Debtor, by and through counsel, SEAN P. PATTERSON,

Esq. and applies to this Court for a Dismissal of his Chapter 7

case pursuant to 11 U.S.C. §1329, for reasons more fully set forth

below. The Debtor incorporates by reference the arguments made in

the Motion and exhibits attached in support of this request.

1

## POINTS AND AUTHORITIES

This case was filed on or about April 19, 2018 as a Chapter 13. The plan was filed on the same day. The case was filed to allow the debtor to reorganize his unsecured debt and resolve his priority debt. The plan was confirmed on September 26, 2018.

## II.   LEGAL ARGUMENT

On request of the debtor at any time, if the case has not been converted to 706, 1112, or 1208 of this title, the court shall dismiss a case under this Chapter. 11 U.S.C. §1307.

Miss Johnson filed this case under Chapter 13. It has not been converted to a Chapter 7, 11, or 12 of this title. Thus, Miss Johnson requests dismissal of this case.

RESPECTFULLY SUBMITTED this __9th__ day of April, 2021.

SEAN P. PATTERSON, Esq.

Read and Approved by:

BETTY M. JOHNSON